IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 SEP 20  PM 1 17
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ALEXANDER OLIVARES,<br><br>Defendant. | No. 18-cr-150<br><br>Ct 1: 18 U.S.C. § 2119<br>(Carjacking)<br><br>Ct 2: 18 U.S.C. § 924(c)(1)(A)(ii)<br>(Use/Carry a Firearm During and in Relation to a Crime of Violence)<br><br>Ct 3: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 26, 2018, in the District of Wyoming, the defendant, **JONATHAN ALEXANDER OLIVARES**, took a motor vehicle, namely a 2008 Ford Escape bearing Wyoming registration 19-12914, VIN #1FMCU931X8KC39755, that had been transported, shipped, and received in interstate commerce, from and in the presence of Debbie Garrison, by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of 18 U.S.C. 2119.

## COUNT TWO

On or about June 26, 2018, in the District of Wyoming, the Defendant, **JONATHAN ALEXANDER OLIVARES**, did knowingly use, carry, and brandish a firearm, namely a Glock pistol bearing serial number MSK546, during and in relation to the commission of federal crime of violence, Carjacking, as more specifically set forth in Count One.

In violation of 18 U.S.C. 924(c)(1)(A)(ii).

## COUNT THREE

On or about June 26, 2018, in the District of Wyoming, the Defendant, **JONATHAN ALEXANDER OLIVARES**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Glock pistol bearing serial number MSK546, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

_____
MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** JONATHAN ALEXANDER OLIVARES

**DATE:** September 17, 2018

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

    **Ct 1:** 18 U.S.C. § 2119
(Carjacking)

NMT 15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

    **Ct 2:** 18 U.S.C. § 924(c)(1)(A)
(Use/Carrying a Firearm During and In Relation to a Crime of Violence)

NLT 7 Years To Life Consecutive Imprisonment
Up To $250,000 Fine
5 Years Supervised Release
$100 Special Assessment

    **Ct 3:** 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Felon in Possession of a Firearm)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTAL:** NMT 15 Years plus NLT 7 Years to Life Consecutive Imprisonment
Up To $750,000 Fine
5 Years Supervised Release
$300 Special Assessment

**AGENT:** Jay Johnson, ATF

| | |
|---|---|
| **AUSA:** | Timothy W. Gist, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes |